Certificate Number: 03088-PAE-DE-032189945

Bankruptcy Case Number: 19-10214



03088-PAE-DE-032189945

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 22, 2019, at 12:08 o'clock AM CST, Charles J Mauceri completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 22, 2019         By:  /s/Dennis Nichols

                                Name:  Dennis Nichols

                                Title:  Counselor