# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

            Chapter 13

            Bankruptcy No. 19-10214-AMC

CHARLES J MAUCERI

5 LITTLE TURTLE CIRCLE

ROYERSFORD, PA 19468

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    CHARLES J MAUCERI

    5 LITTLE TURTLE CIRCLE

    ROYERSFORD, PA 19468

**Counsel for debtor(s), by electronic notice only.**
    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                /s/ William C. Miller

Date: 3/7/2019

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee