IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Charles J. Mauceri | : | Chapter 13 |
| | : | |
| | : | Case No.  19-10214AMC |
| Debtor(s) | : | |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Fees filed at Docket Number 22.

Dated:   May 14, 2019            /s/ Brad J. Sadek, Esquire
                        Brad J. Sadek, Esquire
                        Sadek and Cooper
                        1315 Walnut Street, Suite 502
                        Philadelphia, PA 19107
                        215-545-0008