## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>Charles J. Mauceri<br>xxx-xx-5269<br>　　　　　　Debtor. | :CHAPTER 13<br>:<br>:<br>:<br>:CASE NO. 19-10214/MDC<br>: |
| U.S. Bank Trust National Association, not in its individual capacity, but solely as Owner Trustee for Citigroup Mortgage Loan Trust 2021-A<br><br>　　　　　　Movant,<br>v.<br><br>CHARLES J. MAUCERI<br>　　　　　　Debtor,<br>And<br><br>KENNETH E. WEST<br>　　　　　　Trustee,<br><br>　　　　　　Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>:Courtroom Number 2<br>:<br>:Hearing Date: September 13, 2022 @ 10:30 am<br>: |

### CERTIFICATION OF SERVICE

　　I hereby certify that service upon all interested parties, indicated below, was made by sending copies of U.S. Bank Trust National Association, not in its individual capacity, but solely as Owner Trustee for Citigroup Mortgage Loan Trust 2021-A's motion for relief from stay, proposed order and certification of service as follows:

Date Served: 8/17/2022

Persons Served:

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Brad J. Sadek<br>Sadek and Cooper<br>1500 JFK Boulevard, Ste 220<br>Philadelphia, PA 19102 | *Debtor's Attorney* | ☐ Hand-delivered<br>☐ Certified Mail/RR<br>☐ E-mail<br>☒ Regular Mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | *Chapter 13 Trustee* | ☐ Hand-delivered<br>☐ Certified Mail/RR<br>☐ E-mail<br>☒ Regular Mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Charles J. Mauceri<br>5 Little Turtle Circle<br>Royersford, PA 19468 | *Debtor* | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street, Suite 502<br>Philadelphia, PA 19106 | *US Trustee* | ☐ Hand-delivered<br>☐ Certified Mail/RR<br>☐ E-mail<br>XX Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: 8/17/2022

/S/ EMMANUEL J. ARGENTIERI
EMMANUEL J. ARGENTIERI

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire/59264
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515 - eargentieri@rgalegal.com