# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | :CHAPTER 13 |
| Charles J. Mauceri | : |
| xxx-xx-5269 | : |
|           Debtor. | :CASE NO. 19-10214/MDC |
| _____ : | |
| | : |
| U.S. Bank Trust National Association, | : |
| not in its individual capacity, but solely | : |
| as Owner Trustee for Citigroup | : |
| Mortgage Loan Trust 2021-A | : |
| | : |
|           Movant, | : |
| v. | :Courtroom Number 2 |
| | : |
| CHARLES J. MAUCERI | :Hearing Date: September 13, 2022 @ 10:30 am |
| | : |
|           Debtor, | : |
| And | : |
| | : |
| KENNETH E. WEST | : |
|          Trustee, | : |
| | : |
|          Respondents. | : |
| _____ : | |

## CERTIFICATION OF NO ANSWER, OBJECTION, OR OTHER RESPONSIVE PLEADING TO MOTION FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

TO THE HONORABLE MAGDELINE D. COLEMAN, UNITED STATES BANKRUPTCY JUDGE:

    I, Emmanuel J. Argentieri, Esquire of Romano Garubo & Argentieri hereby certify that:

    1.    On or about August 17, 2022, an application for an order granting US Bank Trust, NA relief from the automatic stay ("the Application") was filed with the United States Bankruptcy Court for the Eastern District of Pennsylvania.

2. On or about August 17, 2022 a copy of the Notice of the Application (the "Notice") was served upon the United States Trustee and other parties in interest.

3. The deadline to file a response has passed and no answer, objection, or other responsive pleading has been filed of record or served upon counsel for US Bank Trust, NA as of the date of this certification.

WHEREFORE, Counsel for US Bank Trust, NA respectfully requests that the order approving the application be entered.

ROMANO GARUBO & ARGENTIERI
Attorneys for Movant

By: /s/ Emmanuel J. Argentieri
    Emmanuel J. Argentieri, Esquire
    PA Attorney ID No. 59264

Dated: 9/9/22

Romano Garubo & Argentieri
Emmanuel J. Argentieri, Esquire
Atty ID#59264
52 Newton Avenue, PO Box 456
Woodbury, NJ 08096
(856)384-1515