# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | :CHAPTER 13 |
| Charles J. Mauceri | : |
| xxx-xx-5269 | : |
|               Debtor. | :CASE NO. 19-10214/MDC |
| _____ | : |
| | : |
| U.S. Bank Trust National Association, | : |
| not in its individual capacity, but solely | : |
| as Owner Trustee for Citigroup | : |
| Mortgage Loan Trust 2021-A | : |
| | : |
|               Movant, | : |
| v. | :Courtroom Number 2 |
| | : |
| CHARLES J. MAUCERI | :Hearing Date: September 13, 2022 @ 10:30 am |
| | : |
|               Debtor, | : |
| And | : |
| | : |
| KENNETH E. WEST | : |
|               Trustee, | : |
| | : |
|               Respondents. | : |
| | : |
| _____ | : |