United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-10214-mdc
Charles J Mauceri  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Oct 24, 2022  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Charles J Mauceri, 5 Little Turtle Circle, Royersford, PA 19468-3017 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2022  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Charles J Mauceri brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor CITIGROUP MORTGAGE LOAN TRUST 2021-A bk@rgalegal.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Owner Trustee for Citigroup Mortgage Loan Trust 2021-A bk@rgalegal.com |
| JEROME B. BLANK | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION jblank@avallonelaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 24, 2022 | Form ID: pdf900 | Total Noticed: 1 |

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KRISTEN D. LITTLE
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION kdlittleecf@gmail.com

ROBERT J. DAVIDOW
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION robert.davidow@phelanhallinan.com

THOMAS SONG
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | :CHAPTER 13 |
| Charles J. Mauceri | : |
| xxx-xx-5269 | : |
|          Debtor. | :CASE NO. 19-10214/MDC |
| _____ | : |
| | : |
| U.S. Bank Trust National Association, | : |
| not in its individual capacity, but solely | : |
| as Owner Trustee for Citigroup | : |
| Mortgage Loan Trust 2021-A | : |
| | : |
|          Movant, | : |
| v. | :Courtroom Number 2 |
| | : |
| CHARLES J. MAUCERI | :Hearing Date: September 13, 2022 @ 10:30 am |
| | : |
|          Debtor, | : |
| And | : |
| | : |
| KENNETH E. WEST | : |
|          Trustee, | : |
| | : |
|          Respondents. | : |
| _____ | : |

**STIPULATION RESOLVING RELIEF MOTION**

THIS matter being opened to the Court by Emmanuel J. Argentieri of the law office of Romano Garubo & Argentieri, counsel for the secured creditor, Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of CSMC 2019-RPL5 Trust, (hereinafter "Movant"), upon a motion for relief from the automatic stay as to real property, more commonly known as U.S. Bank Trust National Association, not in its individual capacity, but solely as Owner Trustee for Citigroup Mortgage Loan Trust 2021-A; and it appearing that the parties have amicably resolved their differences and for good cause shown;

1. On or before the close of business for October 24, 2022, Debtor shall bring his post-petition mortgage account current through September 1, 2022.  If Debtor does not bring his account current by October 24, 2022, then Movant may immediately file a creditor's certification of default with this Court and request relief from stay.

2. Debtor shall tender his October 1, 2022 and November 1, 2022 post-petition payment timely.

3. Debtor shall reimburse Movant for attorney fees/costs totaling $1050.00.  Commencing with the December 1, 2022 post-petition payment and continuing each month thereafter through May 1, 2023, Debtor shall remit regular monthly mortgage payments, plus 1/6 of the aforesaid fees/costs ($175.00).

4. Commencing with the June 1, 2023 post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

5. If the case is converted to a Chapter 7, the Movant shall file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay.

6. If any of the aforementioned stipulation payments and/or regular monthly mortgage payments commencing after the cure of the post-petition delinquency are more than thirty

(30) days late, Movant may send Debtor a written notice of default of this Stipulation. If the default is not cured within ten (10) days of the date of the notice, counsel for the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay as to the mortgaged property herein.

*The undersigned hereby consent to the form and entry of the within order.*

/S/EMMANUEL J. ARGENTIERI
Emmanuel J. Argentieri, Esquire
Attorney for Movant                              Date: 10/12/2022

/S/BRAD J. SADEK
Brad J. Sadek, Esquire
Attorney for Debtor                              Date: 10/13/2022

No Objection - Without Prejudice to Any Trustee
Rights and Remedies

  /s/ Jack K. Miller
Kenneth E. West, Esquire
Trustee

AND NOW, this __24th__ day of _____October_____ 2022, it is hereby **ORDERED** that the foregoing Stipulation is approved, shall be, and is made an Order of this Court.

_____
**Magdeline D. Coleman**
**Chief U.S. Bankruptcy Judge**