United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 19-10214-pmm
Charles J Mauceri | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: May 06, 2024     Form ID: 195     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2024:**

**Recip ID**      **Recipient Name and Address**
db     + Charles J Mauceri, 5 Little Turtle Circle, Royersford, PA 19468-3017

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 08, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2024 at the address(es) listed below:

**Name**      **Email Address**

BRAD J. SADEK
    on behalf of Debtor Charles J Mauceri brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1 bkgroup@kmllawgroup.com

EMMANUEL J. ARGENTIERI
    on behalf of Creditor CITIGROUP MORTGAGE LOAN TRUST 2021-A bk@rgalegal.com

EMMANUEL J. ARGENTIERI
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Owner Trustee for Citigroup Mortgage Loan Trust 2021-A bk@rgalegal.com

JEROME B. BLANK
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION jblank@pincuslaw.com, mmorris@pincuslaw.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 06, 2024 | Form ID: 195 | Total Noticed: 1 |

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KRISTEN D. LITTLE
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION KRLITTLE@FIRSTAM.COM

MICHELLE L. MCGOWAN
    on behalf of Creditor CSMC 2021-JR1 Trust mimcgowan@raslg.com

ROBERT J. DAVIDOW
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION robert.davidow@phelanhallinan.com

THOMAS SONG
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: : Chapter 13

Charles J Mauceri : Case No. 19−10214−pmm
    Debtor(s)

### ORDER
_____

AND NOW, this day , May 6, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court